NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHAEL SINDRAM,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7075

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-3676, Judge Lawrence B. Hagel.

---

## ON MOTION

---

## ORDER

Upon consideration of the appellant's motion for a 90-day extension of time, until June 2, 2011, to obtain counsel, and to file a brief,

IT IS ORDERED THAT:

The motion is granted. The appellant's brief is due June 2, 2011. No further extensions should be anticipated.

FOR THE COURT

MAR 0 3 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Michael Sindram
     Nelson R. Richards, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 03 2011

JAN HORBALY
CLERK